UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE GIRON,<br><br>                    Plaintiff,<br><br>          v.<br><br>L7 MUSIC INC,<br><br>                    Defendant. | Case No. 2:24-cv-06712-FLA (AGRx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS ACTION FOR LACK OF PROSECUTION** |

Plaintiff filed his Complaint on August 8, 2024.  Dkt. 1.  A 21 Day Summons was issued on August 12, 2024.  Dkt. 9.  Plaintiff Joe Giron ("Plaintiff") has taken no action since that date.

Accordingly, the court ORDERS Plaintiff to show cause ("OSC"), in writing within fourteen (14) days of this order, why the court should not dismiss this action for lack of prosecution.  *See* Fed. R. Civ. P. 41(b) (the court may dismiss an action or claim for failure to prosecute).  Failure to respond timely may result in dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: February 2, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge